# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BELINDA GAIL BETHEA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:21-CV-497-AMM |
| **AETNA LIFE INSURANCE COMPANY,** | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before Monday, April 24, 2022, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 22nd day of February, 2022.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE