IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BELINDA GAIL BETHEA,<br><br>  Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 2:21-CV-00497-AMM<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Belinda Gail Bethea ("Plaintiff"), and Defendant Aetna Life Insurance Company, ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 7th day of ~~February~~ March, 2022.

| | |
|---|---|
| BURKE HARVEY, LLC<br><br>By: /s/ Peter H. Burke<br>Peter H. Burke<br>3535 Grandview Pkwy, Suite 100<br>Birmingham, AL 35243<br>Attorney for Plaintiff | MAYNARD, COOPER & GALE, P.C.<br><br>By: /s/ Grace R. Murphy<br>Grace Robinson Murphy<br>William B. Wahlheim, Jr.<br>1901 Sixth Avenue North, Suite 1700<br>Birmingham, AL 35203-2618<br>Attorneys for Defendant |

1